**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-7192**

───────────

EL SHADDAI MASADA,

Plaintiff - Appellant,

versus

JEFF HAMMOND, Clerk of Court, Lancaster
County; ROBERT E. PETERSEN, Deputy General
Counsel, SCDC; LEE S. ALFORD, Circuit Court
Judge,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Joseph F. Anderson, Jr., Chief
District Judge.  (CA-01-2536-8)

───────────

Submitted:  December 16, 2002      Decided:  December 19, 2002

───────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

El Shaddai Masada, Appellant Pro Se.  David Leon Morrison, Matthew
Blaine Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia,
South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

El Shaddai Masada appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint construed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Masada v. Hammond, No. CA-01-2536-8 (D.S.C. July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED